**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

JOHN R. GRIFFIN, JR.

v. Civil No. 26-cv-008-LM-TSM

STATE OF NEW HAMPSHIRE

**REPORT AND RECOMMENDATION**

Plaintiff John R. Griffin, Jr. filed this action seeking removal of his state court criminal case to this court under 28 U.S.C. § 1443(2). See Pet. for Removal (Doc. No. 1); Pet. Addendum (Doc. No. 2). Before the court for consideration is Mr. Griffin's motion to proceed without prepaying fees or costs (Doc. No. 3) in this matter.

The granting of in forma pauperis status to a prisoner is governed by 28 U.S.C. § 1915. As relevant here, § 1915 states, in relevant part:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

Id. § 1915(g).

This limit on a prisoner's ability to proceed in forma pauperis is commonly called the "three strikes" provision of § 1915. Previously, Mr. Griffin filed the following three cases in this court while he was incarcerated, each of which was dismissed for failure to state a claim upon which relief might be granted:

- Griffin v. Kench, No. 16-cv-046-SM (D.N.H.) (ECF No. 11) (July 13, 2016 Order approving May 26, 2016 Report and Recommendation (ECF No. 9))

- Griffin v. N.H. Dep't of Corr., No. 17-cv-160-SM (D.N.H.) (ECF No. 10) (Oct. 5, 2017 Order approving September 25, 2017 Report and Recommendation (ECF No. 8))

- Griffin v. Nadeau, No. 17-cv-209-LM (D.N.H.) (ECF No. 10) (Oct. 3, 2017 Order approving Sept. 21, 2017 Report and Recommendation (ECF No. 8))

Because Mr. Griffin accumulated three strikes before he filed this action, this case is subject to the "three strikes" restriction set forth in § 1915(g).

Mr. Griffin has not asserted any facts in the instant case suggesting that he is exposed to an "imminent danger of serious physical injury," related to the claims asserted in this matter. This case, therefore, is not excepted from the three-strikes bar. Accordingly, in order to proceed in this matter, Mr. Griffin must pay the filing fee in full.

**CONCLUSION**

For the foregoing reasons, the court now recommends that the district judge:

1. Deny Mr. Griffin's motion (Doc. No. 3) to proceed in forma pauperis in this matter under § 1915(g).

2. If the district judge approves this Report and Recommendation, direct that Mr. Griffin shall have 30 days from the date of such approval to pay the $402 filing fee in this case ($350 filing fee + $52 administrative fee), and warn Mr. Griffin that if he fails to pay the full filing fee as directed, the court may dismiss this case without prejudice. See 28 U.S.C. § 1914(a).

Any objections to this Report and Recommendation must be filed within fourteen days of receipt of this notice. See Fed. R. Civ. P. 72(b)(2). The fourteen-day period may be extended upon

motion. Failure to file objections within the specified time waives the right to appeal the district court's order. See Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016).

Talesha L. Saint-Marc
United States Magistrate Judge

October 1, 2026

cc: John R. Griffin, Jr., pro se