UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John R. Griffin, Jr.

v. Case No. 26-cv-268-LM-TSM

State of New Hampshire

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated October 1, 2026. For the reasons explained therein, Mr. Griffin's motion to proceed in forma pauperis (Doc. No. 3) is denied. Mr. Griffin shall pay the filing fee of $402 within 30 days, or the court will dismiss this case without prejudice.

______________________________
Landya B. McCafferty
United States District Judge

Date: October 20, 2026